IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PABLO HERNANDEZ,

    Petitioner,

v.                                                                      Civ. No. 15-576 KG/GBW

PHILLIP GREER, *Chief*, and
HECTOR BALDERAS,
*Attorney General of the State of New Mexico*,

    Respondents.

## ORDER OF DISMISSAL

This matter comes before the Court on review of the record. On November 4, 2015, this Court entered an Order to Show Cause requiring Plaintiff to show cause as to why his case should not be dismissed for his apparent failure to notify the court of a change of address. *Doc. 12*. The Order informed Plaintiff that he has a "continuing duty to notify the Clerk, in writing, of any change in . . . [his] mailing address." D.N.M.LR-Civ. 83.6. Plaintiff was advised that sanctions could include dismissal for violation of the local rules and for failure to prosecute. Plaintiff was also advised that a failure to respond to the Order would constitute an independent basis for dismissal. The Court finds that Plaintiff has not responded by the deadline set in the Order, nor otherwise updated his mailing address provided to the Clerk. As such, the case should be dismissed.

**IT IS THEREFORE ORDERED** that Plaintiff's case is dismissed without prejudice for violations of the Local Rules, failure to prosecute and failure to respond to the Order to Show Cause.

_____
UNITED STATES DISTRICT JUDGE