IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PABLO HERNANDEZ,

    Petitioner,

v.                                                                                   Civ. No. 15-576 KG/GBW

PHILLIP GREER, *Chief*, and
HECTOR BALDERAS,
*Attorney General of the State of New Mexico*,

    Respondents.

## **FINAL ORDER**

    Pursuant to the Order entered concurrently herewith, the Court enters this Final Order, under Fed. R. Civ. P. 58, DISMISSING Petitioner's motion for writ of habeas corpus pursuant to 28 U.S.C. § 2254, WITHOUT PREJUDICE.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE